# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00008-CR-W-HFS |
| MELANI YITZEL COLLAZO | ) | |
| JIMENEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on September 11, 2020, before Magistrate Judge John T. Maughmer, defendant entered a guilty plea to Count 3 of the Indictment, that is, Accessory after the fact to Hobbs Act Robbery.

In a Report and Recommendation dated September 11, 2020 (Doc. 70), Judge Maughmer determined that the guilty plea was knowledgeable and voluntary and that the offense was supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 70) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be

filed within 120 days.


                                        s/ HOWARD F. SACHS_____
                                        HOWARD F. SACHS
                                        United States District Judge

Dated:  October 2, 2020
Kansas City, Missouri